**ORIGINAL**

*Judge Hellerstein*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF INTENT TO FILE AN INFORMATION |
| -v.- | |
| DOMINICK COLASUONNO and PHILIP COLASUONNO, | 07 Cr. ____ (____) |
| Defendants. | **07 CRIM. 555** |

- - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendants' respective waivers of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         June 6, 2007

                             MICHAEL J. GARCIA
                             United States Attorney

                    By:      _____
                             Daniel W. Levy
                             Assistant United States Attorney

AGREED AND CONSENTED TO:

_____
Alan S. Futerfas, Esq.
Law Offices of Alan S. Futerfas
Attorney for Defendant Dominick
Colasuonno

AGREED AND CONSENTED TO:

_____
Richard W. Levitt, Esq.
Law Offices of Richard Ware Levitt
Attorney for Defendant Philip Colasuonno

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07

6/6/07 WHEEL A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NOTICE OF INTENT TO FILE AN INFORMATION |
| -v.- | : | |
| | | 07 Cr. _____ (_____) |
| DOMINICK COLASUONNO and PHILIP COLASUONNO, | : | |
| | : | |
| Defendants. | : | |
| | : | |

- - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that the United States Attorney's Office will file an information upon the defendants' respective waivers of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         June ___, 2007

                    MICHAEL J. GARCIA
                    United States Attorney

         By:  _____
              Daniel W. Levy
              Assistant United States Attorney

              AGREED AND CONSENTED TO:


              _____
              Alan S. Futerfas, Esq.
              Law Offices of Alan S. Futerfas
              Attorney for Defendant Dominick
              Colasuonno

              AGREED AND CONSENTED TO:

              _____
              Richard W. Levitt, Esq.
              Law Offices of Richard Ware Levitt
              Attorney for Defendant Philip Colasuonno