UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | WAIVER OF INDICTMENT |
| -v.- | : | 07 Cr. _____ (AKH) |
| PHILIP COLASUONNO, et al., | : | 07 CRIM. 555 |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - -x

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, and Title 26, United States Code, Section 7206(2), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:   New York, New York
         June 18, 2007

_____
Philip Colasuonno
Defendant

_____
Witness

_____
Richard W. Levitt, Esq.
Attorney for Defendant
Philip Colasuonno

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____