## Exhibit F

## Comparison of Gross Fee Income and Sale Price
## for Prima Check Cashing, Inc., Locations To Be Sold

| Prima Store Location | Sale Price<br><br>Source: Counsel to Prima Check Cashing, Inc. (Exh. D) | Fee Income (2005)<br><br>Source: Prima 2005 Annual Report to NYSBD (Exh. E) | Ratio (Sale Price/Fee Income) |
|---|---:|---:|---:|
| 48 Gramatan Ave. | $485,000 | $568,390 | 0.8533 |
| 242 Fulton Ave. | $177,000 | $260,182 | 0.6803 |
| 723 Burke Ave. | $210,000 | $281,696 | 0.7455 |
| 274 E. 198th St. | $175,000 | $300,455 | 0.5824 |
| 52-41 Van Dam St. | $425,000 | $437,159 | 0.9722 |
| 1801 University Ave. | $400,000 | $425,362 | 0.9404 |
| 302 Lenox Ave. | $500,000 | $507,939 | 0.9844 |
| 94 E. 161st St. | $774,000 | $608,249 | 1.2725 |
| 1740 1st Ave. | $1,025,000 | $780,606 | 1.3131 |
| 544 E. Fordham Rd. | $1,380,000 | $971,999 | 1.4198 |
| 44 N. Saw Mill Rd. | $421,000 | $374,216 | 1.1250 |
| | | **Average** | **0.9899** |

As of: 7/12/2007