### BARBARA J. CADOGAN



E-mail: bcadogan@bop.gov

**OBJECTIVE**

To continue practicing in the field of medicine

**EDUCATION**

| | | |
|---|---|---|
| M.D. 1984 | Doctor of Medicine | Universidad Autonoma de Chihuahua<br>Facultad de Medicina<br>Chihuahua, Chihuahua, Mexico |
| B.S. 1976 | Bachelor of Science | Adelphi University<br>Garden City, New York 11530 |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| November 1999 - Present | **Northeast Regional Health Systems Administrator**<br>U.S. Customs House<br>2nd & Chestnut Streets<br>Philadelphia, PA. 19106 |
| August 1999 - November 1999 | **Health Services Administrator**<br>Federal Detention Center<br>7th & Arch Streets<br>Philadelphia, PA 19106 |
| January 1992 - August 1999 | **Health Services Administrator**<br>Federal Correctional Institution<br>P.O. Box 280<br>Fairton, New Jersey 08320 |
| August 1988 - January 1992 | **Assistant Health Services Administrator**<br>Metropolitan Correctional Center<br>150 Park Row<br>New York, New York 10007 |

**PROFESSIONAL MEMBERSHIPS**

American College of Healthcare Executives
American Correctional Association
National Commission on Correctional Health Care

**AWARDS**

| | |
|---|---|
| September 2000 | National Assistant Director's Award for the Health Services Division - Bureau of Prisons |
| October 1994 | National Special Achievement Award for Excellence in Administrative Health Care Services - Bureau of Prisons |

**REFERENCES**

Made available upon request