```
      84,615·00+
      84,615·00+
      84,615·00+
      84,615·00+
      84,615·00+
      84,615·00+
      84,615·00+
      94,615·00+
      84,615·00+
   1,750,000·00+
      84,615·00+
      84,615·00+
      84,615·00+
      84,620·00+
     130,000·00+
      80,000·00+
      80,000·00+
      60,000·00+
      90,000·00+
     110,000·00+
     210,387·00+
     210,388·00+
     180,388·00+
      36,538·00+
      36,538·00+
      36,538·00+
      36,538·00+
      36,538·00+
      36,538·00+
      36,538·00+
      36,538·00+
      36,538·00+
      36,538·00+
      36,538·00+
      36,538·00+
      36,538·00+
   036
   4,476,157·00*
```

This was how
missing funds were
handled.

GOVERNMENT
EXHIBIT
214-B
S1 05 Cr. 1110 (AKH) (ID)

639