FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

REDACTED

Date of transcription  09/13/2006

On September 8, 2006, DOMINICK COLASUONNO, date of birth _____ was interviewed at the Unites States Attorneys Office - Southern District of New York pursuant to an Innocence Agreement. Also in attendance was AUSA Dan Levy, SA Jon T Jennings, SA William Inzerillo and COLASUONNO's attorney, Michael Dowd telephone number 212-703-5450. After being advised of the identity of the interviewing agent and the nature of the interview, he provided the following information:

The nature of this agreement was explained to COLASUONNO as was the consequences of COLASUONNO signing the agreement. COLASUONNO understood that any statements he made today could be used against him.

COLASUONNO only wanted SA Jennings to be present at this meeting since SA Inzerillo had called COLASUONNO a liar on a prior occasion and the writer had arrested COLASUONNO at 6:00 am.

COLASUONNO was shown a picture of a meeting in which COLASUONNO was in attendance. (This picture is attached to this report.) COLASUONNO identified the individuals in the picture as himself, BUSTER, and PETE PELUSO. (The individual identified as BUSTER by COLASUONNO was subsequently identified by the writer as JOHN ARDITO.) COLASUONNO has known BUSTER since at least 1994 or 1995. COLASUONNO met BUSTER through PATSY PARRELLO (PATSY). COLASUONNO was not sure what BUSTER did, but COLASUONNO knew that he had come out of jail and that he was an old man. COLASUONNO thought BUSTER was affiliated with the mob. COLASUONNO saw BUSTER outside RIGOLETTO'S. COLASUONNO identified the restaurant that was in this picture as not being RIGOLETTO's but another restaurant. COLASUONNO believed this picture was taken in the winter during the end of 2003 or the beginning of 2004. This meeting was set up through VINCENT RUSSO. COLASUONNO knew RUSSO since COLASUONNO was 2 years old. RUSSO knows COLASUONNO's son and daughter. COLASUONNO approached RUSSO and asked for a meeting since COLASUONNO needed money for his check cashing business and COLASUONNO'S back was against the wall. AMERICAN ARMORED CAR and COLASUONNO's garbage company were killing COLASUONNO.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Investigation on  9/8/2006    at  New York, New York

File # ▬▬▬▬▬▬▬▬▬▬▬▬    Date dictated  n/a

by  SA Seamus F Clarke

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to it and its contents are not to be distributed outside your agency.

3501-G

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of  Dominick Colasuonno ,On 9/8/2006 ,Page 2

COLASUONNO explained that at the time of the meeting with BUSTER, COLASUONNO needed hard cash for his companies. He figured that he had three options. Option A was to approach a person COLASUONNO knew who was involved in the real estate industry. His name was PAT SIMONE. Option B was to approach BUSTER for money. COLASUONNO's last option was to obtain mortgages. The picture shown to COLASUONNO above was in connection with option B where COLASUONNO would ask BUSTER for the money.

Regarding Option A, RUSSO contacted PAT SIMONE and set up a meeting for COLASUONNO. SIMONE is a good friend of RUSSO's. COLASUONNO knew SIMONE as well for years. SIMONE lended money on real estate and COLASUONNO wanted one million dollars from SIMONE. However, SIMONE wouldn't do it. RUSSO then said to for COLASUONNO to go see BUSTER.





Rev 10-6-95

ontinuation of FD-302 of   Dominick Colasuonno                          , On  9/8/2006   , Page  3



    COLASUONNO thought it was okay to talk to BUSTER because PATSY was in jail and so BUSTER had no contact with PATSY. COLASUONNO thought BUSTER had money.  COLASUONNO needed money and was willing to pay BUSTER fair interest on a loan.  BUSTER and PETE said they were not sure how this would work.  They were not sure how to get COLASUONNO the money.  COLASUONNO said he picked these three options to get money because "when your back is against the wall you do stupid things".  COLASUONNO didn't think that BUSTER's money was from illegal gains.  COLASUONNO knew BUSTER was a "made" guy because of logical inferences COLASUONNO made.  COLASUONNO didn't care how he got the money, he just cared that he had the money.  It didn't bother COLASUONNO that this money could be from illegal means.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  At this meeting between BUSTER, COLASUONNO and PELUSO, the mechanism discussed for getting the money to COLASUONNO was to back date a loan.  At the end of this meeting the three left it that they would try to figure something out and get back to each other.

    COLASUONNO's brother, PHILIP, knew prior to COLASUONNO's meeting with BUSTER, that COLASUONNO was going to have a meeting with BUSTER.  COLASUONNO told PHILIP that he was going to talk to the old man.  PHILIP knew that meant that COLASUONNO was going to talk to BUSTER.  COLASUONNO talked to PHILIP about this meeting with BUSTER and PHILIP indicated to COLASUONNO that it was worth a shot.

    COLASUONNO tried to get the money from BUSTER at an interest rate of between 6% to 8%.  COLASUONNO indicated that this was not a loan shark arrangement.

    At the time of the meeting between COLASUONNO and BUSTER, AAC was losing money and AMERICAN COMPACTION was losing substantial money.  COLASUONNO was also on a six to eight month lag on getting monthly financial statements for his companies.  The credit line was increasing and COLASUONNO was borrowing more from the bank. LEONARD BAUMAN, MICHAEL DUPNAK and PETER GRASSL and the whole

FD-302a (Rev. 10-6-95)

| | | | |
|---|---|---|---|
| Continuation of FD-302 of | Dominick Colasuonno | On 9/8/2006 | Page 4 |

department was calling COLASUONNO to nag him. The bank mostly called COLASUONNO and the bank would also call PHILIP once in a while. The bank was haggling over fees. The bank couldn't explain how the fees were calculated. The calculation took into account the fees on overdrafts, the interest on money borrowed and uncollected checks. In 1999, CHASE gave, PHILIP, DOMINICK and MICHAEL COLASUONNO, some free months but the three COLASUONNO brothers didn't think it was enough. TOM CASCIONE couldn't figure out the fees calculation.

   PHILIP said to COLASUONNO to stop the BUSTER thing, i.e. to stop the attempt to get a loan with BUSTER, and to go to the bank. There was a sense at this meeting between COLASUONNO and BUSTER that there was no way this transaction could get done. The issue was more how COLASUONNO would pay the money back to BUSTER in part because of his poor health and also based on who COLASUONNO would pay the money to in case BUSTER died. Because BUSTER was an organized crime guy, COLASUONNO was also concerned how COLASUONNO could pay BUSTER back the money that BUSTER loaned COLASUONNO, and not have anyone know. COLASUONNO assumed that the money he would have received was dirty, the proceeds of which were obtained from BUSTER's years of criminal activity.



02a (Rev 10-6-95)

nuation of FD-302 of  Dominick Colasuonno  , On 9/8/2006  , Page 7

[redacted]

ARMORED CAR (AAC) employees get paid in cash for overtime for over 40 hours in cash.

[redacted]

At the meeting with BUSTER, COLASUONNO was whispering to BUSTER. COLASUONNO was not surprised that the conversation was recorded. COLASUONNO never liked PELUSO, aka "the lawyer." COLASUONNO viewed him as a "wannabe" wiseguy.

[redacted]

COLASUONNO explained that the original plan was for COLASUONNO to first go to PAT SIMONE and to get money from him. However, this didn't work out. RUSSO inquired with SIMONE and RUSSO then told COLASUONNO about it. COLASUONNO talked to SIMONE about the money that SIMONE owed COLASUONNO. The sense was no one liked SIMONE and SIMONE was viewed as a scumbag. COLASUONNO was unaware that BUSTER and SIMONE had a relationship. BUSTER didn't care for SIMONE. COLASUONNO didn't know that BUSTER tried to extort SIMONE. [redacted]

