LAW OFFICES OF
# RICHARD WARE LEVITT
148 EAST 78TH STREET
NEW YORK, NEW YORK 10075
TELEPHONE: (212) 737-0400
FACSIMILE
(212) 396-4152

RICHARD WARE LEVITT*
NICHOLAS G. KAIZER*

YVONNE SHIVERS

*ADMITTED IN N.Y., FLA. AND D.C.

October 26, 2007

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
One Pierrepont Plaza
New York, New York 10007

    Re:   United States v. Philip Colasuonno
           05 CR 1110, 07 Cr. 555 (AKH)

Dear Judge Hellerstein:

    I represent Philip Colasuonno, who was sentenced on August 6, 2007, principally, to 46 months home confinement. I write to request that the Court appoint CJA counsel for Mr. Colasuonno to aid his complying with that portion of his plea agreement which requires that Colasuonno file amended tax returns.

    To date, Mr. Colasuonno has had several discussions with IRS representatives but has not received satisfactory responses concerning his preparing and filing such returns. In short, he has reached a dead-end, yet desperately wants to comply with his obligation to file amended returns. Mr. Colasuonno is indigent and without the necessary funds to retain counsel or an accounting expert to assist him in such matters. I do not have the accounting expertise to aid Mr. Colasuonno in this matter. We therefore request that the Court appoint CJA counsel with experience in tax matters who can assist Mr. Colasuonno's compliance with the specific terms of his plea agreement with the government that he file amended tax returns.

    The government does not consent to this request.

                            Respectfully submitted,

                            Richard Levitt
                            Attorney for Philip Colasuonno

cc:   Daniel W. Levy, Esq. (by regular mail)

*[Handwritten annotation:]* Denied. CJA funds cannot be used to assist a taxpayer in negotiations with the IRS, even though payment of tax arrears was a condition of the sentence. 12-3-07 AKHell[?]